PRANA PARTNERS, Appellant, v BRITTBRAN REALTY, INC., Respondent.

Submitted December 13, 2004; decided January 18, 2005

Motion for leave to appeal denied. Motion for a stay dismissed as academic.